# United States District Court
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 14-20034-01-KHV-JPO |
| **CHESTER BRAGG,** | ) |
| **Defendant.** | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From in or about December 2013, the exact date being unknown to the grand jury in the District of Kansas, the defendant,

**CHESTER BRAGG,**

Someone who is required to register under the Sex Offender Registration and Notification Act, as a result of a conviction in the District of Kansas, Case number 09-20058-CM, did knowingly fail to register and to update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL

Dated: April 16, 2014

 s/Foreperson
 FOREPERSON

 s/Kim I. Martin for
BARRY R. GRISSOM

United States Attorney
500 State Ave, Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541
Barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Count 1:** **Title 18, United States Code, § 2250, that is, failure to register as sex offender**

- NMT 10 years imprisonment;
- NMT $250,000.00 fine;
- NLT 5 years and NMT life supervised release;
- $100 special assessment fee.