IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        **Plaintiff,**<br><br>    v.<br><br>**CHESTER BRAGG,**<br><br>                        **Defendant.** | Case No. 14-20034-CM/JPO |

## MOTION FOR REASSIGNMENT

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Kim I. Martin, Assistant United States Attorney, respectfully requests that this Court issue an order allowing the above-captioned case to be transferred to the Wichita Docket. In support of said motion, the government states:

1. The defendant was charged on April 16, 2014 in an indictment in the United States District Court, for the District of Kansas, Kansas City Docket, Case no. 14-20034-CM/JPO.

2. That the defendant has been arrested in this matter and appeared before the Honorable Kenneth G. Gale in United States District Court in Wichita, Kansas on April 18, 2014.

3. The defendant has requested that this matter be reassigned to the Wichita Docket, and for all future proceedings to be heard in Wichita, Kansas.

4. Counsel for the United States and counsel for the defendant have no objections to the defendant's request for reassignment of this matter.

WHEREFORE, the United States respectfully requests that this Court issue an order allowing this case to be reassigned to the United States District Court, Wichita, Kansas Docket, and for all future hearings to be held in Wichita, Kansas before a Wichita Division Judge.

>Respectfully submitted,
>BARRY R. GRISSOM
>United States Attorney
>
>s/Kim I. Martin
>KIM I. MARTIN, #13407
>Assistant United States Attorney
>500 State Ave., Suite 360
>Kansas City, K        66101
>Tele:   913-551-6730
>Fax:    913-551-6541
>E-mail: Kim.Martin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Steven Kent Gradert
Office of Federal Public Defender - Wichita
Attorney for Defendant

>s/Kim I. Martin
>KIM I. MARTIN, #13407
>Assistant United States Attorney